IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ADMINISTRATOR OF THE
RAMON IZAQUIRRE ESTATE                                              PLAINTIFF

VS.                              NO.  4:05CV0747 JMM

ZURICH AMERICAN  INSURANCE COMPANY                  DEFENDANT

ORDER

Now on this 28th day of September, 2005, comes on for hearing the motion to dismiss and from the pleadings and other matters before this Court it finds:

That the parties have compromised and settled and this case is dismissed with prejudice.

**IT IS SO ORDERED.**

_____
**James M. Moody**
**United States District Judge**